# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY TOLBERT o/b/o J.J.T.,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | CV 09-J-2171-S |
| ] | |
| **MICHAEL J. ASTRUE,** ] | |
| **Commissioner of the Social** ] | |
| **Security Administration**, ] | |
| ] | |
| Defendant. | |

## MEMORANDUM OPINION

This matter is before the court on the record and the briefs of the parties. The court has jurisdiction pursuant to 42 U.S.C. § 405. The plaintiff is seeking reversal and remand of the final decision of the Commissioner. All administrative remedies have been exhausted.

The plaintiff applied for Supplemental Security Income on behalf of her minor child on October 25, 2005, alleging he was disabled due to a very short attention span and problems with anger (R. 52). The application was denied by an Administrative Law Judge on May 21, 2008 (R. 31). The ALJ's determination became the final decision when the Appeals Council denied the plaintiff's request for review (R. 4-6).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether the correct legal standards were applied. *Bloodsworth v. Heckler*, 703 F.2d 1233 (11th Cir. 1983). The court has carefully reviewed the entire record in this case and is of the opinion that the

Commissioner's decision is supported by substantial evidence and that the proper legal standards were applied in reaching that decision.

Given the evidence presented to the ALJ and this court, the court cannot conclude the decision of the ALJ was against the weight of the evidence.  Accordingly, the decision of the Commissioner must be affirmed.

Done, this 20th day of April, 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE